No. 478. Fox Film Corp. v. Muller. On writ of certiorari to the Supreme Court of Minnesota. Argued February 11, 1935. Decided February 18, 1935. *Per Curiam:* As it appears that no final judgment has been entered, the writ of certiorari is dismissed as improvidently granted. *Beaupre* v. *Noyes,* 138 U. S. 402; *National Life Ins. Co.* v. *Scheffer,* 131 U. S. (Appx.) cciii. *Mr. James D. Shearer,* with whom *Mr. Percy Heiliger* was on the brief, for petitioner. *Mr. Abram F. Myers* filed a brief on behalf of respondent. 

No. 675. Chandler v. Marlatt, Executor. Appeal from the Supreme Court of Ohio. Motion to dismiss submitted February 9, 1935. Decided February 18, 1935. *Per Curiam:* The motion of appellee to dismiss the appeal herein is granted, and the appeal is dismissed upon the ground that it does not appear that the decision of a federal question was necessary to the determination of the cause or was actually determined. *Lynch* v. *New York ex rel. Pierson,* 293 U. S. 52; *Wetzel* v. *Fulton,* 293 U. S. 531; *Kagarise* v. *Railroad Commission,* 293 U. S. 527. *Mr. William K. Gardner* for appellant. *Mr. Thomas H. Garry* for appellee.

No. 412. Panhandle Eastern Pipe Line Co. v. State Highway Comm'n. Appeal from the Supreme Court of Kansas. February 18, 1935. This case is restored to the docket and assigned for reargument on Monday, March 11 next. The Court especially desires to hear argument with respect to the rights and privileges of the appellant as a pipe-line company, and the obligations and burdens imposed upon the appellant, under the statutes of the State of Kansas.